

# NUMBER 13-12-00115-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**COPPERFIELD PLAZA, LTD.,** **APPELLANT,**

**v.**

**COMPASS BANK F/K/A LAREDO NATIONAL BANK,** **APPELLEE.**

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas, in cause number C-2694-08-E. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of June, 2012.